UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSICA BELMUDES**  **PLAINTIFF**

V.  NO. 4:20-cv-00445-JTR

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**  **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE