# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSICA BELMUDES                                                          PLAINTIFF

V.                                  No. 4:20-CV-445-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration[1]
                                            DEFENDANT

## **ORDER**

Before the Court is Plaintiff Jessica Belmudes's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 23*. The Commissioner has not objected or otherwise responded to the Motion, and the time to do so has passed.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$6,750.32** (which sum includes 30.25 attorney hours incurred in 2020–21 at an hourly rate of $206; 6.65 paralegal hours at an hourly rate of $75; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted as the Defendant in this action. Fed. R. Civ. P. 25(d).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 23*) is GRANTED.

Plaintiff is awarded **$6,750.32** in fees and expenses under the EAJA.[2]

SO ORDERED, this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.